IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02750-CNS-STV

VDPP, LLC,

Plaintiff,

v.

PANASONIC CORPORATION OF NORTH AMERICA,

Defendant.

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PANASONIC CORPORATION OF NORTH AMERICA**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Panasonic Corporation of North America hereby states that it is a wholly owned subsidiary of Panasonic Holdings Corporation. No other corporation owns ten percent (10%) or more of the interest of Defendant Panasonic Corporation of North America, and there is no parent corporation or publicly held corporation that owns ten percent (20%) or more of the interest of Panasonic Holdings Corporation.

DATED this 1st day of February 2024.

HAYNES AND BOONE, LLP

*/s/ Lee F. Johnston*
Lee F. Johnston
675 15th Street, Suite 2200
Denver, CO  80202
Telephone:  303.382.6211
Facsimile:   303.382.6210
Email:  lee.johnston@haynesboone.com

John R. Emerson
Haynes and Boone, LLP
2801 N. Harwood Street, Suite 2300
Dallas, TX  75201
Telephone:  214.651.5000
Facsimile:   214.651.5940
Email:   russ.emerson@haynesboone.com

**ATTORNEY FOR DEFENDANT**
**PANASONIC CORPORATION OF**
**NORTH AMERICA**

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February 2024, I electronically filed the foregoing **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PANASONIC CORPORATION OF NORTH AMERICA** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses and all counsel of record:

> William P. Ramey, III, Esq.
> Ramey LLP
> 5020 Montrose Blvd., Suite 800
> Houston, TX 77006
> wramey@rameyfirm.com

>> */s/ Lee F. Johnston*
>> Lee F. Johnston